# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul A. Adams

Plaintiff

v.

Warden Tim O'Dell

Defendants

Case No. Civil 01-1823 ADM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judge Lebedoff's R&R of 10/10/01 is adopted in its entirety. This action is transferred to the United States District Court for the Eastern District of Wisconsin.

DATE: December 5, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk